# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JENNIFER JACKSON** | § | **Docket No. 2:23-cv-04486** |
| | § | |
| | § | |
| **Versus** | § | **Judge: SUSIE MORGAN** |
| | § | |
| | § | |
| **LIBERTY MUTUAL AND LIBERTY** | § | **Magistrate Judge: MICHAEL** |
| **MUTUAL FIRE INSURANCE** | § | **NORTH** |
| **COMPANY** | | |

---

## VOLUNTARY MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, comes undersigned counsel, and respectfully request this Honorable Court to grant its Voluntary Motion to Dismiss Without Prejudice for the reasons set forth below.

1. Plaintiff, JENNIFER JACKSON, initially signed a contract of representation with McKinney, Mosley and Associates (hereinafter "MMA");

2. As this Court is well aware, MMA was subsequently removed from representation in all cases involving Hurricane Ida;

3. The file was referred to the Galindo Law Firm for further handling and Galindo Law firm attempted to contact, without success, Plaintiff;

4. On August 26, 2023, in an abundance of caution and in order to preserve Plaintiff's rights, Galindo Law Firm filed a complaint to avoid any issue of liberative prescription in the matter;

5. Subsequently, undersigned counsel was made aware that the Defendant Insurer, LIBERTY MUTUAL AND LIBERTY MUTUAL FIRE INSURANCE COMPANY, had reached

an agreement to fully and finally settle the matter with Plaintiff. This was confirmed by an executed Receipt and Release provided to undersigned counsel on September 28th, 2023 by opposing counsel.

Accordingly, upon due consideration of the facts and law, Plaintiff wishes to voluntarily dismiss her claim without prejudice.

**WHEREFORE,** undersigned counsel respectfully requests this Honorable Court GRANT this Motion and enter an order dismissing the above-referenced claim without prejudice.

Respectfully Submitted,

*/s/ Mark Ladd*_____
Mark Ladd
Louisiana Bar Number: 30847
mark@galindolaw.com
Galindo Law Firm
3850 North Causeway Blvd. Ste. 1520
Metairie, Louisiana 70002
Ph. 713-228-3030
Fax 713-228-3003
Email: hurricane@galindolaw.com
**ATTORNEYS FOR PLAINTIFF`**